**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COLLEEN CHAPPLE, | |
| Plaintiff, | CIVIL ACTION NO. 3:13-CV-2894 |
| v. | (JUDGE CAPUTO) |
| LOWE'S HOME CENTERS, INC, | |
| Defendant. | |

## **ORDER**

**NOW**, this 18th day of December, 2013, **IT IS HEREBY ORDERED** that Plaintiff Colleen Chapple is given leave to file an amended notice of removal within twenty-one (21) days from the date of entry of this order. If Plaintiff fails to do so, the action will be dismissed.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge